**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEPHEN T. FURST,

                  Petitioner

                  v.

EASTON AREA SCHOOL DISTRICT AND
EASTON AREA BOARD OF EDUCATION,

                  Respondent

:  No. 208 MAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.